FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA D. GEORGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE COLVILLE CONFEDERATED TRIBES; RODNEY CAWSTON; ANDREW JOSEPH, JR.; JACK FERGUSON; RICHARD SWAN, SR.; MARVIN KHEEL; JOSEPH SOMDAY; JOEL BOYD; RICHARD MOSES; ALICE KOSKELA; SHANNON THOMAS; JASON D'AVIGNON; and PETER ERBLAND,<br><br>　　　　　Defendants.<br>_____ | No. 2:24-CV-00123-SAB<br><br><br><br><br><br>**ORDER GRANTING MOTION TO CONSOLIDATE** |
| ANDREA D. GEORGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE COLVILLE CONFEDERATED TRIBES; ALICE KOSKELA; SHANNON THOMAS; JASON D'AVIGNON; | No. 2:24-CV-00169-SAB |

**ORDER GRANTING MOTION TO CONSOLIDATE** ~ 1

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | EDWARD JURSEK; CARMEL MCCURDY; CHARISSA EICHMAN; MARTY RAAP; NICHELLE BARNABY; SABRINA DESAUTEL; RANDAL STECKEL; DEBRA WULFF; THOMAS MILLER; and SOPHIE NOMEE,<br><br>                     Defendants. |

Before the Court are Plaintiff's Motion to Join and/or Consolidate Cases, [2:24-CV-00123-SAB], ECF No. 43, and [2:24-CV-00169-SAB], ECF No. 28. The motions were heard without oral argument. Plaintiff, an attorney, is representing herself in this matter. The Colville Tribal Defendants are represented by Thomas Nedderman and William Dow. Peter Erbland is represented by Christopher Kerley and William Dow.

Plaintiff moves the Court to consolidate the two above-captioned cases. Plaintiff asserts the parties overlap in the two matters and almost all of the claims overlap. Defendants do not object to Plaintiff's motion.

Fed. R. Civ. P. 42 (a)(2) gives the Court authority to join actions if the actions involve a common question of law or fact.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motions to Join and/or Consolidate Cases, [2:24-CV-00123-SAB], ECF No. 43, and [2:24-CV-00169-SAB], ECF No. 28, are **GRANTED**.

2. The above-captioned cases are consolidated.

//
//
//

**ORDER GRANTING MOTION TO CONSOLIDATE** ~ 2

1    3.    The Clerk of Court shall administratively close 2:24-CV-00169-SAB. No further pleadings shall be filed in that action. All pleadings related to the above-captioned actions shall be filed in 2:24-CV-00123-SAB.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to Plaintiff and counsel.

**DATED** this 21st day of August 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONSOLIDATE** ~ 3